IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA DIANE BRADLEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action File No.** |
| ) | **2:11-CV-0335-WCO** |
| J&J FOODS, INC., ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT

COME NOW Plaintiff Patricia Diane Bradley and Defendant J&J Foods, Inc. and jointly move for Approval of Settlement Agreement and For Dismissal with Prejudice of Plaintiff's Claims against Defendant on the grounds that the parties' Settlement Agreement is a fair and reasonable resolution of a bona fide dispute between the parties as to Plaintiff's Fair Labor Standards Act claim.

This Motion is supported by a Memorandum of Law in Support of Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice of Plaintiff's Claims against Defendant.

This 17th day of September, 2012.

1

| | |
|---|---|
| ORR BROWN JOHNSON LLP | HULSEY, OLIVER & MAHAR, LLP |
| By: /s/ Kristine Orr Brown<br>    Kristine Orr Brown<br>    Georgia Bar No. 554630 | By:   /s/ Thomas D. Calkins<br>      Thomas D. Calkins<br>      Georgia Bar No. 104521 |
| ATTORNEYS FOR PLAINTIFF | By:   /s/ Jessica M. Lund<br>      Jessica M. Lund<br>      Georgia Bar No. 540789 |
| P.O. Box 2944<br>Gainesville, Georgia 30503<br>(770)536-1980<br>(770)536-5910<br>Email:<br>kbrown@orrbrownjohnson.com | ATTORNEYS FOR DEFENDANT<br><br>P. O. Box 1457<br>200 E. E. Butler Parkway<br>Gainesville, GA 30501<br>(770)532-6312<br>(770)531-9230 facsimile<br>Email: tdc@homlaw.com |

TDC/JML/13438/8195/W144745-2