# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00335-WCO
## Bradley v. J&J Foods, Inc.
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 11/01/2012.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:15 P.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:15                     DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kristine Brown representing Patricia Diane Bradley<br>Thomas Calkins representing J&J Foods, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Plaintiff's counsel addressed [10] Joint Motion for Approval of Settlement, counsel presented the terms of the agreement, gave case background, discussed attorney's fees. The plaintiff stated that she was satisfied with the settlement. The court approved the settlement, the court directed the clerk to orally approve the [11] Proposed Consent Order, dismissing the case with prejudice. |